FILED
FEB 27 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MARCUS BENTURA )
)
    Plaintiff )
)
v. ) CIVIL ACTION NO.
) SA-17-CA-838-OG
)
GERALD E. BABCOCK and )
B & J TRUCKING SERVICE, INC. )
)
    Defendants )

# ORDER

Pending before the Court is Plaintiff's motion to remand to state court (docket no. 8). No response has been filed within the time allowed under the rules. With the joinder of another defendant who is a citizen of the forum State, diversity of citizenship does not exist. The Court finds that the motion to remand should be granted.

It is therefore ORDERED that Plaintiff's motion to remand (docket no. 8) is GRANTED, and this case is hereby REMANDED to the 150th Judicial District Court, Bexar County, Texas. The parties' joint motion to extend deadlines (docket no. 9) is moot as a new schedule will be determined in state court.

SIGNED and ENTERED this 27 day of February, 2018.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE